UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

HENRY RAY STEWART

CRIMINAL ACTION

NO. 12-15-JJB

## RULING

The court has carefully reviewed the motion (doc. 61) by defendant Henry Stewart for relief under §2255; the law applicable to this action; the Report and Recommendation (doc. 76) of the United States Magistrate Judge, dated October 30, 2013. No objection has been filed.[1]

The court finds that the report and recommendation correctly sets forth the applicable law and that the factual conclusions are clearly correct. Accordingly, the court hereby approves the report and recommendation and adopts it as its opinion herein.

Accordingly, defendant will be GRANTED an out of time appeal; the judgment of conviction will be vacated and reinstated; and, the motion (doc. 61) under §2255 is hereby DISMISSED without prejudice.

Baton Rouge, Louisiana, December 11th, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Helen Faye Stewart has filed objections (docs. 78 and 80) but she cannot represent her husband and the objections serve only as to the report and recommendation issued as to her own motion under §2255.